E-FLED: 01.19.10

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAREK MOLSKI, an individual; and DISABILITY RIGHTS ENFORCEMENT EDUCATION SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>THAI PALACE CORPORATION, a California Corporation; and RATIMA CHITANAROAD, an individual dba THAI PALACE,<br><br>Defendants. | CASE NO. CV 04-04866 MMM (MANx)<br><br>JUDGMENT DISMISSING ACTION FOR LACK OF SUBJECT MATTER JURISDICTION |

On June 12, 2007, the court held an evidentiary hearing regarding defendant's challenge to plaintiffs' standing to sue. Having considered the evidence adduced at the hearing, and the arguments of the parties, the court issued an order concluding that plaintiffs lacked standing to sue on their federal claim and that the court was therefore without jurisdiction to hear

Case 2:04-cv-04866-MMM-MAN Document 75 Filed 01/19/10 Page 2 of 2 Page ID #:107

their supplemental state law claims. For this reason,

        IT IS ORDERED AND ADJUDGED that this action be dismissed without prejudice for lack of subject matter jurisdiction.

DATED: January 19, 2010

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

2